UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

I.B.E.W. LOCAL 241 PENSION FUND, by Michael Talarski and Bruce Condie as Trustees; I.B.E.W. LOCAL 241 WELFARE BENEFITS FUND, by Michael Talarski, and Bruce Condie as Trustees, *et al.*

     Plaintiffs,

-against-

ALLIED ELECTRIC CO. and
BRUCE A. PENNY, Individually,

     Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL**

**Civil Action No.:**
**5:13-cv-00243**
**(GTS/DEP)**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the undersigned counsel, on behalf of Plaintiffs, dismisses the above captioned action without prejudice and with the representation that Plaintiffs have not previously dismissed any federal- or state-court action based on or including the same claims stated in the complaint in this case.

DATED: July 1, 2013

IT IS SO. ORDERED:

David E. Peebles
U.S. Magistrate Judge

Dated: July 2, 2013
   Syracuse, NY

By: *[signature]*

**BLITMAN & KING LLP**

Daniel Kornfeld, of Counsel
Bar Roll No.: 512729
Attorneys for Plaintiffs
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-1415
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
Email: dekornfeld@bklawyers.com
clr/dek/241/allied/stipdis